UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE MCDOUGALL,<br>　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br>　　　Defendant. | Civil Action No. 22-cv-01589-JS |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Denise McDougall and Defendant Life Insurance Company of North America herby stipulate to the dismissal of this case with prejudice. Each Party will bear their own costs and attorneys' fees in this matter.

So Stipulated:

/s/ Marc Snyder, Esq.
Marc Snyder, Esquire
Rosen, Moss, Snyder LLP
Maplewood Office Park
1300 Virginia Drive, Suite 310
Fort Washington, PA  19034
*Attorney for Plaintiff*

/s/ Caitlin P. Strauss, Esq. (with permission)
Caitlin P. Strauss, Esquire
SAUL EWING ARNSTEIN & LEHR LLP
1500 Market Street – 38th Fl.
Philadelphia, PA 19102
caitlin.strauss@saul.com
*Attorney for Defendants*

Dated:  June 27, 2022

40206406.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing stipulation was served on June 27, 2022 via ECF to the following:

Caitlin P. Strauss, Esquire
SAUL EWING ARNSTEIN & LEHR LLP
1500 Market Street – 38th Fl.
Philadelphia, PA 19102
caitlin.strauss@saul.com

/s/ Marc Snyder, Esq.
Marc Snyder, Esquire

40206406.1